IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY GRELA-M'POKO, | : |
| Plaintiff | : |
| v. | : Case No. 3:25-cv-00178-KAP |
| OFFICER SINCLAIR et al., | : |
| Defendants | : |

Order

  The plaintiff's motion to proceed *in forma pauperis*, ECF no. 2, is denied without prejudice because it is incomplete. For all plaintiffs, a motion to proceed *in forma pauperis* requires an affidavit that includes a statement of all assets the movant possesses and a statement that the person is unable to pay or give security for the necessary fees. 28 U.S.C.A.§ 1915(a)(1). For a prison inmate, the Prison Litigation Reform Act **also** requires the motion to proceed *in forma pauperis* to include a certified copy of the inmate's prison account statement for the last six months. *See* 28 U.S.C.§ 1915(a)(2):

>   A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

  The Clerk shall mark this matter administratively closed (that is not a dismissal) until an inmate account statement is provided.

DATE: July 14, 2025

/s/ Keith A. Pesto
_____
Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Wendy Grela-M'Poko
Meherrin River Regional Jail
9000 Boydton Plank Road
P.O. Box 10
Alberta, VA 23821